NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BRANDON RASHAD DAVIS, )
 )
 Appellant, )
 )
v. ) Case No. 2D17-906
 )
STATE OF FLORIDA, )
 )
 Appellee. )
_____ )

Opinion filed June 27, 2018.

Appeal from the Circuit Court for Pinellas
County; Frank Quesada, Judge.

Howard L. Dimmig, II, Public Defender and
Kevin E. Leisure, Special Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan M. Shanahan,
Assistant Attorney General, for Appellee.


PER CURIAM.


Affirmed.


KELLY, VILLANTI, and LUCAS, JJ., Concur.